PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| DANNELLA REYNOLDS, | ) | |
| | ) | CASE NO. 5:21CV395 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| FIRSTCREDIT, INC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | **ORDER OF DISMISSAL** |

On June 2, 2021, the Court was notified by counsel that the parties have reached a settlement. [ECF No. 10](). Therefore, the docket shall be marked "settled and dismissed without prejudice." On or before August 2, 2021, the parties shall submit a proposed and executed Stipulation of Dismissal with Prejudice, which, if approved, shall supersede this order.

All upcoming case management dates, including the June 7, 2021, Telephonic Case Management Conference, are vacated.

IT IS SO ORDERED.

June 3, 2021 */s/ Benita Y. Pearson*
Date                                                 Benita Y. Pearson
                                                           United States District Judge